IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| MICHAEL JOHNS and CHARLES E. JOHNS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA and UNITED STATES POSTAL SERVICE, <br><br> Defendants. | 2:24-CV-247-Z-BR |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to dismiss Plaintiffs' claims for failure to prosecute and comply with Court orders. ECF No. 18. No objections to Findings, Conclusions, and Recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are **ADOPTED**. The case is **DISMISSED with prejudice**.

SO ORDERED.

July 14, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE